122 A.3d 988

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
NORVIL PETERSON, DEFENDANT–PETITIONER.

October 9, 2015.

It is ORDERED that the petition for certification is granted limited to the issue of whether defendant's counsel was ineffective for advising defendant not to accept the State's final plea offer, and the matter is remanded to the PCR court for an evidentiary hearing on that issue. Jurisdiction is not retained.